UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                                            Chapter 13
JOHN L. DI FRANCES                              Case No.    16-21353-BEH
SARAH A. DI FRANCES

             Debtors.
_____

         **NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Mary B. Grossman, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtors.

**Your rights may be affected.**    You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.    (If you do not have an attorney, you may wish to consult one.)

A telephone hearing will be held before the Honorable Beth E. Hanan, United States Bankruptcy Judge, on **October 18, 2016 at 9:00 am**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-808-6929, access code 9122579 before the scheduled hearing time.**    Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

      Dated at Milwaukee, Wisconsin, on September 14, 2016.


                                         /s/_____
                                         Mary B. Grossman, Trustee
                                         Robert W. Stack, Staff Attorney
                                         Christopher D. Schimke, Staff Attorney
                                         Sandra M. Baner, Staff Attorney
                                         Chapter 13 Standing Trustee
                                         P.O. Box 510920
                                         Milwaukee, Wisconsin 53203
                                         T: (414) 271-3943
                                         F: (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:
JOHN L. DI FRANCES                                Chapter 13 Bankruptcy
SARAH A. DI FRANCES
              Debtors                Case No. 16-21353-BEH
_____

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN AND NOTICE OF TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

Mary B. Grossman, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed plan filed by the Debtors.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

The Trustee, Mary B. Grossman, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

The proposed plan is not feasible.

The plan provides that if the mediation through the MMM program is unsuccessful, Debtors shall file a feasible plan to address any and all first mortgage arrearage claims. The MM concluded unsuccessfully July 22, 2016 and no plan modification has been filed.

The Trustee respectfully requests that a hearing be set in this matter.

      Dated at Milwaukee, Wisconsin, on September 14, 2016

                              OFFICE OF CHAPTER 13 TRUSTEE

                              /s/_____
                              Mary B. Grossman, Chapter 13 Trustee
                              Robert W. Stack, Staff Attorney
                              Christopher D. Schimke, Staff Attorney
                              Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI  53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:
    JOHN L. DI FRANCES                             Chapter 13 Bankruptcy
    SARAH A. DI FRANCES                         Case No.   16-21353-BEH
        Debtors.

_____

## CERTIFICATE OF SERVICE
_____

      I hereby certify that on September 14, 2016, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN** and **NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

                OFFICE OF THE U.S. TRUSTEE
                NICKOLAI & POLETTI, LLC

      I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

                JOHN L. DI FRANCES & SARAH A. DI FRANCES
                W339S4895 MEADOW LANE
                DOUSMAN, WI 53118-9751

    Dated:   September 14, 2016

                                                /s/_____
                                                Tongula Washington
                                                Administrative Assistant
                                                Office of the Chapter 13 Trustee
                                                P.O. Box 510920
                                                Milwaukee, WI 53203
                                                T: (414) 271-3943
                                                F: (414) 271-9344